Rob Bonta, State Bar No. 202668
Attorney General of California
Rohit Kodical, State Bar No. 215497
Supervising Deputy Attorney General
Benjamin M. Glickman, State Bar No. 247907
Supervising Deputy Attorney General
Kymberly E. Speer, State Bar No. 121703
Deputy Attorney General
Katrina Uyehara, State Bar No. 349378
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7867
  Fax: (916) 324-8835
  E-mail: Katrina.Uyehara@doj.ca.gov

*Attorneys for State of California, appearing by and through its California Highway Patrol, and Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTIAN HOUGHTALING,** | 2:25-cv-03519-TLN-JDP |
| Plaintiff, | **JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT; ORDER** |
| v. | |
| **ROB BONTA, his official capacity as Attorney General of the State of California, et al.,** | Judge:   The Honorable Troy L. Nunley and Magistrate Jeremy D. Peterson |
| Defendants. | Action Filed: December 5, 2025 |

1

Plaintiff Christian Houghtaling and Defendants State of California, appearing by and through its California Highway Patrol, and Attorney General Rob Bonta (in his official capacity) (collectively, "Defendants"), through their respective counsel of record, hereby stipulate and jointly move the Court to extend the time for Defendants to respond to the Complaint, for good cause shown, as follows:

## STIPULATION/JOINT MOTION

WHEREAS,

1. Plaintiff filed this action and the initial Complaint on December 5, 2025 [ECF No. 1];

2. Plaintiff brings 14 causes of action, which allege different torts and constitutional violations under the Second, Fourth, and Fourteenth Amendments.

3. Plaintiff served Defendants CHP and AG Bonta on December 10, 2025.  Thus, the deadline to respond to the Complaint is currently set for December 31, 2025;

4. On December 26, 2025, counsel for Defendants called counsel for Plaintiff to discuss a joint stipulation for a 28-day extension.  Both parties agreed to the 28-day extension for Defendants to respond to the Complaint;

5. The parties hereby jointly stipulate to extend the deadline to respond by 28 days to Wednesday, January 28, 2026;

6. Good cause exists to extend the deadlines set forth in the paragraphs above because the requested extension of time will allow Plaintiff's counsel time to amend the Complaint to name the correct California Highway Patrol Commissioner, and given the scope of the Complaint Defendants require additional time to draft a response to the Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undesigned counsel that the time for Defendants to respond to the Complaint shall be extended by 28 days, from December 31, 2025 to **January 28, 2026**.

| | |
|---|---|
| Dated:  December 30, 2025 | Respectfully submitted,<br><br>ROB BONTA<br>Attorney General of California<br>ROHIT KODICAL<br>Supervising Deputy Attorney General<br>BENJAMIN M. GLICKMAN<br>Supervising Deputy Attorney General<br>KYMBERLY E. SPEER<br>Deputy Attorney General<br><br>*/s/ Katrina Uyehara*<br>KATRINA UYEHARA<br>Deputy Attorney General<br>*Attorneys for State of California, appearing by and through its California Highway Patrol, and Attorney General Rob Bonta* |
| Dated:  December 30, 2025 | Respectfully submitted,<br><br>Black Wolf Law<br><br><br>*/s/ Gary W. Gorski*<br>GARY W. GORSKI<br>*Attorney for Plaintiff Christian Houghtaling* |

## ORDER

GOOD CAUSE APPEARING THEREFOR, it s hereby ordered that the time for Defendants State of California, appearing by and through its California Highway Patrol, and Attorney General Rob Bonta to response to the Complaint is extended to January 28, 2026.

Dated: December 30, 2025

_____
Troy L. Nunley
Chief United States District Judge