Gary W. Gorski CBN: 166526
Attorney at Law
25025 Blue Ravine Road
#112-113
Folsom, CA 95630
Cell: (775) 720-1000
CivilRightsAttorney@BlackWolfLaw.com
www.BlackWolfLaw.com
*Attorney for Plaintiff Christian Houghtaling*

ROB BONTA, State Bar No. 202668
Attorney General of California
ROHIT KODICAL, State Bar No. 215497
Supervising Deputy Attorney General
JERRY T. YEN, State Bar No. 247988
Deputy Attorney General
1300 I Street, Suite 125
Sacramento, CA 95814
Telephone: (916) 210-7836
Fax: (916) 324-8835
E-mail: Jerry.Yen@doj.ca.gov
*Attorneys for State of California, appearing by and through its California Highway Patrol, Attorney General Rob Bonta, Chelsea Haley [erroneously sued as Chelsea Quintero], Dulce Gomez, and Maurice Hughes*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**CHRISTIAN HOUGHTALING,**

Plaintiff,

**v.**

**ROBERT BONTA, in his official capacity as Attorney General of the State of California; SEAN DURYEE, in his official capacity Commissioner of the California Highway Patrol; STATE OF CALIFORNIA HIGHWAY PATROL; DULCE GOMEZ, #22266, individually; MAURICE HUGHES, #19336, individually; CHELSEA QUINETRO, #21455, individually; DOE DEFENDANTS 1-20**

Defendants.

Case No. 2:25-cv-03519-TLN-JDP

**STIPULATION AND ORDER RE SCHEDULING DATES AND WITHDRAWAL OF PLAINTIFF'S MOTION TO MODIFY SCHEDULING ORDER**

Dept.: Courtroom 2, 15th Floor
Judge: The Honorable Troy L. Nunley
Trial Date: None set.
Action Filed: December 5, 2025

Plaintiff Christian Houghtaling and Defendants State of California, appearing by and through its California Highway Patrol; Attorney General Rob Bonta; Chelsea Haley (erroneously sued as Chelsea Quintero); Dulce Gomez; and Maurice Hughes, by and through their respective counsel of record, hereby stipulate and jointly request entry of the following scheduling order.

## I. RECITALS

1. On September 4, 2026, the parties filed their Joint Report of Rule 26(f) Conference and Proposed Discovery Plan and Request for Revised Scheduling Order. (ECF No. 12.)
2. The parties agreed that their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) will be exchanged on or before September 24, 2026.
3. Plaintiff anticipates that the initial disclosures and accompanying law-enforcement records will assist in identifying the presently unidentified Doe defendants and their respective roles in the events alleged in the Complaint.
4. Plaintiff therefore anticipates filing an amended complaint after reviewing the initial disclosures and related materials in order to substitute identified individuals for appropriate Doe defendants, and clarify the allegations.
5. On September 4, 2026, the Court issued a Minute Order directing the parties to file a Stipulation and Proposed Order setting forth proposed scheduling dates, including a date for the anticipated amended complaint, and withdrawing Plaintiff's Motion to Modify Scheduling Order (ECF No. 8) if the issues raised by that motion are resolved. The Court further ordered that no final pretrial conference or trial date will be set until after resolution of dispositive motions.
6. The schedule proposed below resolves the scheduling issues raised by Plaintiff's Motion to Modify Scheduling Order (ECF No. 8). Accordingly, upon entry of the proposed scheduling order, Plaintiff agrees to withdraw that motion as moot.

## II. STIPULATION

The parties therefore stipulate and jointly request that the Court establish the following schedule:

The parties propose that Rule 26(a)(1) initial disclosures be exchanged by September 24, 2026; that the parties stipulate that Plaintiff is granted leave to file a First Amended Complaint identifying and naming the appropriate Doe defendants once their identities are determined, and within 7 court days of the date the order is signed, plaintiff shall be granted leave to file a First Amended Complaint; that all fact discovery be completed by August 6, 2027; that expert disclosures be served by Septemeber 3, 2027; that rebuttal expert disclosures be served by September 24, 2027; that expert discovery be completed by October 22, 2027; and that all dispositive motions be filed no later than December 20, 2027.For purposes of the fact- and expert-discovery deadlines, "completion" means that all discovery shall have been conducted so that all depositions have been taken and all responses to written discovery have been served sufficiently in advance of the deadline to permit discovery disputes to be heard and resolved before expiration of the applicable discovery cutoff.

The parties further stipulate that:

1. Plaintiff is granted leave to file an amended complaint identifying and naming the appropriate Doe defendants once their identities are determined, within 7 court days of the date the order is signed. Service of a summons and amended complaint on any newly-added defendants and any response to the amended complaint shall be governed by the Federal Rules of Civil Procedure unless otherwise stipulated by the parties or ordered by the Court.
2. The parties will continue to meet and confer regarding an appropriate form and timing of alternative dispute resolution after amendment of the pleadings and

sufficient discovery to permit meaningful settlement discussions.

3. Plaintiff's pending Motion to Modify Scheduling Order re Early Discovery (ECF No. 8) shall be withdrawn as moot upon entry of the Court's Order approving this stipulation.

4. Consistent with the Court's September 4, 2026 Minute Order, no final pretrial conference or trial date shall presently be set.

5. Following resolution of any dispositive motions, or if no dispositive motions are filed by the deadline above, the parties shall file a Joint Notice of Trial Readiness so that the Court may thereafter set the final pretrial conference and trial dates.

**IT IS SO STIPULATED.**

Dated: October 27, 2026

***/s/ Gary W. Gorski*** (authorized by email)
GARY W. GORSKI
Attorney for Plaintiff
CHRISTIAN HOUGHTALING

Dated: October 27, 2026

***/s/ Jerry T. Yen***
JERRY T. YEN
Deputy Attorney General
Attorneys for Defendants

**ORDER**

Having reviewed the parties' Stipulation Regarding Scheduling Dates and Withdrawal of Plaintiff's Motion to Modify Scheduling Order, and good cause appearing, IT IS HEREBY ORDERED that:

1. The following scheduling deadlines are established: The parties shall exchange Rule 26(a)(1) initial disclosures by September 24, 2026; plaintiff shall be granted leave to file a first amended complaint within 7 court days of the date the order is signed; all fact discovery shall be completed by August 6, 2027; initial expert disclosures shall be served by September 3, 2027; rebuttal expert disclosures shall be served by September 24, 2027; expert discovery shall be completed by October 22, 2027; and all dispositive motions shall be filed no later than December 20, 2027.
2. Plaintiff is granted leave to file a First Amended Complaint identifying and naming the appropriate Doe defendants once their identities are determined. Service of a summons and amended complaint on any newly-added defendants and any response to the First Amended Complaint shall be governed by the Federal Rules of Civil Procedure unless otherwise stipulated by the parties or ordered by the Court.
3. Plaintiff's Motion to Modify Scheduling Order re Early Discovery (ECF No. 8) is WITHDRAWN.
4. The Court does not presently set a final pretrial conference or trial date.

5. Following resolution of any dispositive motions, or if no dispositive motions are filed, the parties shall file a Joint Notice of Trial Readiness, after which the Court will set the final pretrial conference and trial dates.

6. Except as modified herein, the Court's prior scheduling orders remain in effect.

**IT IS SO ORDERED.**

Dated: October 27, 2026

Troy L. Nunley
Chief United States District Judge